IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANINE CAUSEY; and
ROBERT CAUSEY,

       Plaintiffs,                         No. CIV S-10-2781 KJM EFB PS

    vs.

PORTFOLIO ACQUISITIONS, LLC;
NCC, A DIVISION OF COMMONWEALTH
FINANCIAL SYSTEMS, INC.,

       Defendants.                      ORDER
_____/

       This case is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). An initial status (pretrial scheduling) conference is currently scheduled for February 23, 2011. Dckt. No. 26. Although the parties have filed the required status reports in anticipation of the status conference, on February 7, 2011, plaintiffs filed a motion for leave to amend their complaint and a proposed first amended complaint, which, among other requests, seeks to add additional defendants. Dckt. Nos. 13, 14. *Id.* In light of the motion to amend, the February 23, 2011 status conference is continued.

       Additionally, because plaintiffs failed to properly notice the motion to amend for hearing, as required by Local Rule 230, defendant NCC, a Division of Commonwealth Financial Systems, Inc. ("NCC"), will be given a deadline for filing an opposition or a statement of non-opposition

to the motion to amend, and plaintiffs will be given a deadline for filing a reply thereto.[1] Plaintiffs are admonished, however, that any future motions filed in this action must be noticed for hearing in accordance with Local Rule 230.

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference currently scheduled for February 23, 2011 is continued to June 15, 2011 at 10:00 a.m., in Courtroom No. 24.

2. Defendant Portfolio Acquisitions, LLC's request to appear telephonically at the February 23, 2011 status conference, Dckt. No. 10, is denied as moot.

3. On or before June 1, 2011, the parties shall file status reports addressing the matters referenced in the court's October 14, 2010 order, Dckt. No. 3.

4. Defendant NCC shall file an opposition or a statement of non-opposition to plaintiffs' motion to amend no later than February 28, 2011.

5. Plaintiffs may file a reply to NCC's opposition, if any, on or before March 7, 2011.

6. If plaintiffs' motion to amend is granted, plaintiffs shall serve a copy of this order, as well as the October 14, 2010 order, concurrently with service of process on any newly added defendants.

DATED: February 16, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Portfolio Acquisitions, LLC filed a statement of non-opposition to the motion to amend on February 11, 2011.  Dckt. No. 18.