1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEANINE CAUSEY;
     ROBERT CAUSEY,
11
                Plaintiffs,                          No. CIV S-10-2781 KJM EFB PS
12
           vs.
13
     PORTFOLIO ACQUISITIONS, LLC;
14   NCC, A DIVISION OF COMMONWEALTH
     FINANCIAL SYSTEMS, INC.,
15
                Defendants.                          ORDER
16   _____/

17         This case is before the undersigned pursuant to Eastern District of California Local Rule

18   302(c)(21) and 28 U.S.C. § 636(b)(1).  On February 7, 2011, plaintiffs filed a motion for leave to

19   amend their complaint and a proposed first amended complaint, which, among other requests,

20   seeks to add additional defendants.  Dckt. Nos. 13, 14.

21         Defendant Portfolio Acquisitions, LLC filed a statement of non-opposition to the

22   motion to amend on February 11, 2011, and defendant NCC, a Division of Commonwealth

23   Financial Systems, Inc. ("NCC") filed a statement of non-opposition on February 22, 2011.

24   Dckt. Nos. 18, 20.  In light of defendants' non-opposition to the motion to amend, as well as the

25   liberal amendment standards set forth in Federal Rule of Civil Procedure 15(a)(2), plaintiffs'

26   motion to amend will be granted.

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiffs' motion to file a first amended complaint, Dckt. No. 13, is granted;

2.  Plaintiffs' first amended complaint, Dckt. No. 14, is deemed the operative complaint in this action;

3.  Defendants shall file a response to plaintiffs' first amended complaint within fourteen days from the date this order is filed; and

4.  As provided in the February 17, 2011 order issued in this action, plaintiffs shall serve a copy of the February 17 order, Dckt. No. 19, as well as the October 14, 2010 order, Dckt. No. 3, concurrently with service of process on any newly added defendants.

DATED:  February 24, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE