IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANINE CAUSEY;
ROBERT CAUSEY,

        Plaintiffs,

   vs.

PORTFOLIO ACQUISITIONS, LLC;
NCC, A DIVISION OF COMMONWEALTH
FINANCIAL SYSTEMS, INC.; and
DOES 1 through 25, inclusive,

        Defendants.

No. 2:10-cv-2781-KJM-EFB PS

ORDER

        This case, in which plaintiffs are proceeding pro se, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  On August 21, 2013, plaintiff filed an ex parte application for expedited consideration of a hearing on plaintiffs' motions to "Suppress Depositions of Robert Causey and Jeanine Causey," to strike portions of defendants' statements of undisputed facts, to dismiss defendants' motions for summary judgment, and for sanctions.  ECF No. 213.[1]  Plaintiffs contend that an expedited hearing "is necessary due to DEFENDANTS misconduct re[garding] Depositions of PLAINTIFF'S [sic] Robert Causey and

---

[1] All of plaintiffs' motions were filed in a single document. *See* ECF No. 212.

1

Jeanine Causey, specifically DEFENDANTS have incorporated uncertified depositions into their Motions for Summary Judgment . . . ." *Id.* Plaintiffs further contends that "time is of the essence to determine the viability of the" depositions because defendants' motions for summary judgment are currently pending. *Id.*

Eastern District of California Local Rule 144(e) provides that "[e]x parte applications to shorten time will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action." Here, plaintiffs have failed to provide a satisfactory explanation for their request. The hearing plaintiffs wish to expedite is currently scheduled for September 18, 2013. ECF No. 212. Plaintiffs, however, are not required to file their response to defendants' motions for summary judgment until October 23, 2013. ECF No. 209. There remains adequate time for plaintiffs to complete and file their response to defendants' motions for summary judgment after resolution of plaintiffs' various motions. Furthermore, plaintiffs' opposition brief can include deposition transcripts, or excerpts of the transcripts, containing corrections to the identified inaccuracies.

Accordingly, IT IS HEREBY ORDERED that plaintiffs' application for an order to shorten the time for consideration of a hearing on their motions (ECF No. 213) is denied.

DATED: August 26, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE