UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANINE CAUSEY A/K/A/ JEANINE BOYD, ROBERT CAUSEY,<br><br>     Plaintiffs,<br><br> vs.<br><br>PORTFOLIO ACQUISITIONS, LLC, NCC, A DIVISION OF COMMONWEALTH FINANCIAL SYSTEMS, and DOES 1 through 25, inclusive,<br><br>     Defendants. | Case No.  10-cv-02781-KJM-EFB<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO STAY THE ISSUANCE OF THE COURT'S SUMMARY JUDGMENT FINDINGS AND RECOMMENDATIONS |

   Good cause appearing, defendants' request to stay the issuance of the undersigned's Findings and Recommendation on defendants' motion for summary judgment is granted.

   So Ordered.

Dated:  December 5, 2013.

                     _____
                     EDMUND F. BRENNAN
                     UNITED STATES MAGISTRATE JUDGE