UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANINE CAUSEY; ROBERT CAUSEY,<br><br>   Plaintiffs,<br><br>   v.<br><br>PORTFOLIO ACQUISITIONS, LLC; NCC, A DIVISION OF COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br><br>   Defendants. | No.  2:10-cv-2781-KJM-EFB PS<br><br><br>ORDER |

This matter was before the court on November 20, 2013, for hearing on defendants' motions for summary judgment. ECF Nos. 206, 207. On December 4, 2013, defendants filed a request to stay the issuance of any findings and recommendations on their motions for summary judgment for 45 days. ECF No. 239. The request indicated that a stay would help to facilitate resolution of this case. *Id*. On December 6, 2013, the court granted defendants' request. ECF No. 240.

On January 27, 2014, after the 45 days had elapsed, plaintiffs filed a motion to stay the issuance of any findings and recommendations. ECF No. 242. The motion explains that the parties have been negotiating a possible settlement of this case. Plaintiffs claim that the parties had agreed on a framework for settlement, but still had some details that needed to be resolved.

1

*Id*. at 2. However, before the case could be settled, plaintiffs were informed that the attorney they were negotiating with was leaving the firm that represents defendants, and that new counsel was being assigned to the case. Plaintiffs now request that the court stay the issuance of any findings and recommendations on defendants' motions for a minimum of 120 days to allow new counsel time to review the case file and permit the parties to engage in further settlement negotiations. *Id*. at 4. Defendants do not oppose plaintiffs' request. ECF No. 244.

The parties have had more than enough time to engage in settlement negotiations. This action was commenced in October 2010. *See* ECF No. 1. Defendants' motions for summary judgment have been pending since July 2013. While both parties have some optimism that this case will settle, the court sees no reason to delay resolution of this case for an additional four months. However, the court will give the parties one last opportunity to resolve this case before findings and recommendations are issued. The parties will be provided until the end of February 2014 to settle the case and file the appropriate documents with the court indicating that a settlement has been reached. If by February 28, 2014, neither party files a pleading indicating that a resolution has been reached, the court will issue its findings and recommendations on defendants' motions for summary judgment.

Accordingly, plaintiff's motion to stay the issuance of findings and recommendations, ECF No. 242, is granted in part, and the court will not issue any findings and recommendations on defendants' motions for summary judgment until February 28, 2014.

DATED: February 13, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2