UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANINE CAUSEY;<br>ROBERT CAUSEY,<br><br>               Plaintiffs,<br><br>   v.<br><br>PORTFOLIO ACQUISITIONS, LLC;<br>NCC, A DIVISION OF<br>COMMONWEALTH FINANCIAL<br>SYSTEMS, INC.,<br><br>               Defendants. | No. 2:10-cv-2781-KJM-EFB PS<br><br><br>ORDER |

On February 25, 2014, plaintiffs filed a motion for dismissal without prejudice, or in the alternative, motion for leave to amend their response to defendants' motions for summary judgment. ECF No. 247. In this pleading, plaintiffs state that they no longer need to maintain this civil action because most of the relief that they seek is covered by an injunction that was entered in a different case between defendant Portfolio Acquisition's parent company and the Federal Trade Commission. ECF No. 247 at 8. Accordingly, plaintiffs ask the court to dismiss all causes of actions, against all defendants, without prejudice. *Id*. The court construes plaintiffs' filing as a notice of voluntary dismissal. Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without prejudice, and without a court order, by filing:

/////

1

     (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
     (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  Before plaintiffs filed the notice of voluntary dismissal, defendants filed answers to the complaint and motions for summary judgment.  ECF Nos. 5, 7, 206, 207.  Therefore, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(i).  Rule 41(a)(1)(A)(ii) permits voluntary dismissal by the stipulation of the parties, but no such stipulation has been submitted.  However, the court may enter an order of dismissal based on plaintiffs' request, "on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  It appears that such an order would be appropriate here.

     Accordingly, it is ORDERED that by March 5, 2014, defendants shall file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii), or otherwise indicate what, if any, objections defendants have to dismissal of the action.  In the event defendants so stipulate, the court will construe the parties' filings as a stipulation for voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).

DATED: February 27, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE